[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-10184
Non-Argument Calendar

_____

D.C. Docket No. 1:13-cr-00165-TFM-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TONY LEE COLLIER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(August 5, 2021)

Before MARTIN, BRANCH, and BLACK, Circuit Judges.

PER CURIAM:

Thomas B. Walsh, appointed counsel for Tony Collier in this direct criminal appeal, has moved to withdraw from representing Collier, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Collier's supervised release and resulting sentence are **AFFIRMED**.